IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-711-GCM

| | |
|---|---|
| TANYA L. HILL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| CAROLINA DIGESTIVE HEALTH | ) |
| ASSOCIATES, P.A., | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William H. Foster,** filed January 16, 2014 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Foster is admitted to appear before this court *pro hac vice* on behalf of defendant Carolina Digestive Health Associates, P.A..

**IT IS SO ORDERED.**

Signed: January 30, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge